JOHN SAYERS *vs.* HARRY D. WALKER.

*Affidavit of Demand—Claim for Commission on Sale of Real Estate—Statute—Judgment Refused.*

A claim for commissions on the sale of real estate is not a claim upon which, under the statute, judgment can be obtained at the first term by filing an affidavit of demand.

*(September 23, 1905.)*

LORE, C. J. and PENNEWILL and BOYCE; J. J., sitting.

*Baldwin Springer* for plaintiff.

*William S. Prickett* for defendant.

Superior Court, New Castle County, September Term, 1905.

SUMMONS CASE (No. 142, to September Term, 1905).

Affidavit of demand containing the following cause of action, was filed, as book entries:

"Harry D. Walker, Dr., to John Sayers.

"August 28, 1905.

"Commission on sale of property N. E. Corner Sixth and Madison Streets, Wilmington, Del., to James Toner, consideration, $18,200 at 2 per cent., $364.00."

Application that judgment be refused on the affidavit of demand because the copy disclosed a claim which was not properly a book entry or account under our statute.

*Sloan vs. Grimshaw, 4 Houst., 326 ; Taylor vs. Addicks, 4 Pennewill, 411.*

Judgment refused.